UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 08-21557-MC-KING

CAREY RODRIGUEZ GREENBERG & PAUL, LLP,

    Petitioner,

v.

HELGA ARMINAK, and
ARMINAK & ASSOCIATES, INC.,

    Respondents.
_____/

## ORDER GRANTING, IN PART, PLAINTIFF'S MOTION FOR FINAL JUDGMENT

THIS CAUSE comes before the Court upon the March 19, 2009 Report and Recommendation ("R&R") of Magistrate Judge Ted E. Bandstra (D.E. #67), recommending that the "Petitioner's Motion for Final Judgment be GRANTED IN PART in the amount of $115,942.20 against [Respondents Helga Arminak and Arminak & Associates, Inc.] for attorneys' fees and costs incurred in this litigation, and the amount of $5,847.78 for pre-judgment interest, plus $73,222.63 for the underlying arbitration award, for a total award of $195,012.61." On April 6, 2009, the Respondents filed their "Objections to Report and Recommendations of Magistrate" (D.E. #68). On April 23, 2009, the Petitioner filed its "Response to Respondents' Objections to Magistrate's Report and Recommendation" (D.E. #70). On May 4, 2009, the Respondents filed their "Reply to Response to Objections to the Magistrate's Report and Recommendation" (D.E. #71).

After a thorough review of the record and extensive consideration of all the parties' submissions (including the Respondents' "Reply to Response to Objections to the Magistrate's Report and Recommendation"), the undersigned concludes that the Respondents' Objections fail to undermine Magistrate Judge White's R&R. Simply put, the R&R contains well-reasoned recommendations.

Accordingly, the Court being otherwise fully advised, it is ORDERED, ADJUDGED, and DECREED as follows:

(1) Magistrate Judge Ted E. Bandstra's March 19, 2009 R&R (**D.E. #67**) is hereby **AFFIRMED and ADOPTED**.

(2) The Petitioner's Motion for Final Judgment (**D.E. #57**) is hereby **GRANTED IN PART in (a) the amount of $115,942.20 for attorneys' fees and costs incurred in this litigation; (b) the amount of $5,847.78 for pre-judgment interest; and (c) the amount of $73,222.63 for the underlying arbitration award. These amounts compute to a total award of $195,012.61 against both Respondents (i.e., Helga Arminak; and Arminak & Associates, Inc.).**

(3) The Petitioner's "Motion (and Incorporated Memorandum of Law) to Strike Respondents' Reply Brief" (**D.E. #72**) is hereby **DENIED AS MOOT**.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 14th day of May, 2009.

*[signature]*
JAMES LAWRENCE KING
U.S. DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: **Magistrate Judge Ted E. Bandstra**

<u>*Counsel for Petitioner*</u>

**Stephen Patrick Warren**
Holland & Knight
701 Brickell Avenue
Suite 3000
Miami , FL 33131

<u>*Counsel for Respondents*</u>

**Joseph V. Priore**
Santucci, Priore & Long, LLP
Museum Plaza
200 South Andrews Avenue
Suite 100
Fort Lauderdale , FL 33301